UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

SEEMA BRIN,

                Plaintiff,

  -against-

HEIDRICK & STRUGGLES, INC.,

                Defendant.

------------------------------------------------------- X

ORDER
OF DISCONTINUANCE

09 Civ. 5854 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

       The Clerk of the Court is directed to close this case.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         December 23, 2009

## - Appearances -

**For Plaintiff:**

David M. Marek, Esq.
Liddle & Robinson, LLP
800 Third Avenue
8th Floor
New York, New York 10022
(212) 687-8500

**For Defendant:**

A Michael Weber. Esq.
Barbara Ann Gross, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-2660